IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

REQUEST FOR INTERNATIONAL  *
JUDICIAL ASSISTANCE FROM THE  *
LOCAL COURT OF HANAU, GERMANY,  *
In the Matter of: Jannet  *
Jamaledine Sheff v. Anthony  *
Jerome Sheff,  *
 *
    Plaintiff,  *
 *
    v.  *       CV 118-151
 *
BUTLER L. MIDDLETON,  *
 *
    Defendant.  *

ORDER

On January 28, 2019, the United States notified the Court
that Butler L. Middleton complied with the Court's October 4, 2018
*Ex Parte* Order (Doc. 3). (Doc. 8.) As such, the Court **DIRECTS**
the Clerk to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of December,
2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA